DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER, Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
BARBARA Y. LEVY, Trial Attorney
JOSHUA L. SOHN, Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 353-9759
   Email:  barbara.levy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>REAL PROPERTY LOCATED IN PARIS, FRANCE TITLED IN THE NAME OF AVE RAPHAEL (PARIS) SCI,<br><br>       Defendant. | No. 2:20-CV-5911-DSF(PLAx)<br><br>**UNITED STATES' RESPONSE TO ORDER TO SHOW CAUSE** |

     Plaintiff United States of America (the "government") by and through their respective undersigned counsel, hereby respectfully submit this response to the Order to Show Cause issued by the Court on November 4, 2020. (DN 14).

     On July 1, 2020, the government initiated this civil forfeiture action (the "Action") against real property located in Paris, France[1] titled in the name of Ave Raphael (Paris) SCI, including all appurtenances, improvements, and attachments

---

[1] Pursuant to L.R. 5.2-1, residential addresses are listed by the city and state only.

1

thereon, as well as all leases, rents, and profits derived therefrom (the "Defendant Real Property"), alleging that the Defendant Real Property is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 981(a)(1)(C). (DN 1).

Beginning on July 8, 2020, notice of this Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"). (See DN 13).

On or about July 29, 2020, direct notice of this Action was e-mailed and sent by U.S. certified mail to counsel for potential claimants Low Taek Jho, Low Hock Peng, Goh Gaik Ewe, Low Taek Szen, Low May Lin, and the trust representing Ave Raphael (Paris) SCI.

On or around September 1, 2020, direct notice of this Action was sent by Federal Express mail to potential claimants Ave Raphael (Paris) Ltd and Ave Raphael (Paris) Partner Ltd in the British Virgin Islands.

On or about September 2, 2020, direct notice of this Action was sent to potential claimant Ave Raphael (Paris) Trust in New Zealand by a Mutual Legal Assistance Treaty request transmitted to the Central Authority of New Zealand, pursuant to New Zealand's domestic law for mutual assistance in criminal matters.

Since September 2020, counsel for the trust representing potential claimant Ave Raphael (Paris) SCI has conferred with counsel for the government on several occasions and requested

additional time to determine whether to file a claim in this Action.  On November 11, 2020, the government and Ave Raphael (Paris) SCI filed a joint stipulation requesting that the Court extend Ave Raphael (Paris) SCI's time to file a claim in this Action to December 16, 2020. (DN 15).  On November 12, 2020, the Court granted this stipulation for extension. (DN 16).

    Based on the foregoing, the government respectfully requests that the Court keep this Action open for prosecution.

DATED: November 17, 2020

                              Respectfully submitted,

                              DEBORAH CONNOR
                              Chief, Money Laundering and Asset Recovery Section (MLARS)

                              */s/ Barbara Y. Levy*
                              BARBARA Y. LEVY
                              JOSHUA L. SOHN
                              Trial Attorneys, MLARS

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA